JOHN H. ALLEN, as Receiver of AMERICAN FOREIGN BANKING CORPORATION, Appellant, *v.* UNITED STATES FIRE INSURANCE COMPANY OF NEW YORK, Respondent.

(Argued January 28, 1936; decided March 3, 1936.)

*Louis Connick, Thomas R. Strahan* and *Hamilton Rogers* for appellant.

*John M. Harlan* and *Rupert Warren* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.